# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

September 24, 2008

Charles R. Fulbruge III
Clerk

No. 07-60657

DELOIS BUXTON, As Mother and Duly Appointed Guardian
of Stacy Shanta Buxton

Plaintiff - Appellant

v.

LIL' DRUG STORE PRODUCTS INC; NOVARTIS
PHARMACEUTICALS CORPORATION; NOVARTIS
CONSUMER HEALTH INC

Defendants - Appellees

Appeal from the United States District Court
for the Southern District of Mississippi

Before JOLLY, GARZA, and ELROD, Circuit Judges..

PER CURIAM:[*]

We have reviewed the briefs, pertinent portions of the record, and the applicable law and have heard the arguments of counsel. It is clear that the district court in its thorough opinion committed no reversible error. Its judgment, therefore, is AFFIRMED. See 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.